# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 250 EAL 2014
:
                Respondent    :
                          : Petition for Allowance of Appeal from the
                          : Order of the Superior Court
        v.                :
:
:
:
EVERETT EDWARDS, :
:
                Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.